**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE**, Supervising City Attorney (SBN115453)
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN 146602)
200 No. Main Street
6th Floor City Hall East
Los Angeles, CA 90012
E-mail: geoffrey.plowden@lacity.org
Phone: (213) 978-7038  Fax No. (213) 978-8785

Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF KENNEY WATKINS, PRESCIOUS SASSER, individually, as successor in interest to KENNY WATKINS<br><br>Plaintiffs<br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, EVAN URIAS, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: CV<br>Honorable Judge:<br>Honorable Magistrate Judge:<br><br>LASC CASE NO. **BC644290**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF GEOFFREY PLOWDEN AND SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS ("City Defendants") hereby remove this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court or the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

1

1. The CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS are named defendants in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *The Estate of Kenny Watkins, et al. v. City of Los Angeles, et al.*, Superior Court Case No. BC 644290. Plaintiffs filed their Complaint on December 19, 2016. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers:

Summons (Exhibit 1); Plaintiff's Complaint (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Assignment (Exhibit 5); Sixth Amended General Order re PI Court Procedures (Exhibit 6); Fourth Amended General Order re PI Final Status Conference (Exhibit 7); Summons and Proof of Service re City of Los Angeles (Exhibit 8); Summons and Proof of Service re Los Angeles Police Department (Exhibit 9); and Summons served on Evan Urias (Exhibit 10).

2. This action meets the original jurisdiction requirements of 28 USC § 1441(a) and is removable by the City Defendants pursuant to 28 USC § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court.

*La Chemise Lacoste v. Alligator Co.*, 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id.* Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 USC § 1983. See 28 USC § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. See 28 USC § 1331.

3. The gravamen of this action is the federal civil rights claim set forth in the seventh cause of action of Plaintiffs' Complaint.

4. Additionally, state law claims are set forth in the first through sixth causes of action of the Complaint. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action .... that they form part of the same case or controversy..." *See* 28 USC § 1367. Such is the case with all the pendent state claims in this matter.

5. Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiffs' Complaint on December 21, 2016, Defendant Evan Urias was served with Plaintiffs' Complaint on January 6, 2017. All City Defendants consent to this removal. (See Declaration of Geoffrey Plowden.)

6. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 THROUGH 25" there are no other named defendants in this

3

lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed. (See Declaration of Geoffrey Plowden.)

7. The Notice of Removal is filed with this Court within 30 days after Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with the Complaint on December 21, 2016. (See Declaration of Geoffrey Plowden.)

8. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

Dated: January 20, 20176          Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____
    **GEOFFREY PLOWDEN**, Deputy City Attorney

Attorney for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS

# DECLARATION OF GEOFFREY PLOWDEN

I, GEOFFREY PLOWDEN, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS ("City Defendants") in the case of entitled *The Estate of Kenny Watkins, et al. v. City of Los Angeles, et al.,* Superior Court Case No. BC 644290. Plaintiffs filed their Complaint on December 19, 2016.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers:

Summons (Exhibit 1); Plaintiff's Complaint (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Notice of Case Assignment (Exhibit 5); Sixth Amended General Order re PI Court Procedures (Exhibit 6); Fourth Amended General Order re PI Final Status Conference (Exhibit 7); Summons and Proof of Service re City of Los Angeles (Exhibit 8); Summons and Proof of Service re Los Angeles Police Department (Exhibit 9); and Summons served on Evan Urias (Exhibit 10).

///

3. Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiffs' Complaint on December 21, 2016, Defendant Evan Urias was served with Plaintiffs' Complaint on January 6, 2017. All City Defendants consent to this removal.

4. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 THROUGH 25" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

5. The Notice of Removal is filed with this Court within 30 days after Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with the Complaint on December 21, 2016.

6. This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2017, at Los Angeles, California.

GEOFFREY PLOWDEN, Declarant

# PROOF OF SERVICE

I, MARGARIT AVESYAN, the undersigned, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred.

On January 20, 2017, I served the document(s) described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF GEOFFREY PLOWDEN AND SUPPORTING EXHIBITS**

on all interested parties in this action:

<u>Attorneys for Plaintiffs:</u>
Michael J. Curls, Esq.
Nichelle D. Jones, Esq.
LAW OFFICE OF MICHAEL J. CURLS
4340 Leimert Boulevard, Suite 200
Los Angeles, CA 90008
(323) 293-2314
Fax (323) 293-2350

I served a true copy of the document(s) above by:

[X] Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2017 at Los Angeles, California

*Margarit Avesyan*
MARGARIT AVESYAN

7