**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE**, Supervising City Attorney (SBN115453)
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN 146602)
200 No. Main Street
6th Floor City Hall East
Los Angeles, CA 90012
E-mail: geoffrey.plowden@lacity.org
Phone: (213) 978-7038  Fax No. (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF KENNEY WATKINS, PRESCIOUS SASSER, individually, as successor in interest to KENNY WATKINS<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, EVAN URIAS, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | **Case No.: CV17-00485JFW(FFMx)**<br>Hon. District Judge: John F. Walter<br>Honorable Mag.: Frederick F. Mumm<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT AND EVAN URIAS TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW, DEFENDANTS, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS, answering PLAINTIFFS' FIRST AMENDED OMPLAINT for themselves and for no other parties, admit, deny and allege as follows:

1. Answering paragraph 1, defendants deny the allegations contained therein.

2. Answering paragraph 2, defendants admit the allegations contained therein.

1

3. Answering paragraph 3, defendants admit the allegations contained therein.

4. Answering paragraph 4, defendants admit the allegations contained therein.

5. Answering paragraph 5, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

6. Answering paragraph 6, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, defendants deny the allegations contained therein.

9. Answering paragraph 9, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10, defendants deny the allegations contained therein.

11. Answering paragraph 11, defendants deny the allegations contained therein.

12. Answering paragraph 12, defendants deny the allegations contained therein.

13. Answering paragraph 13, defendants deny the allegations contained therein.

14. Answering paragraph 14, defendants deny the allegations contained therein.

15. Answering paragraph 15, defendants deny the allegations contained therein.

16. Answering paragraph 16, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

17. Answering paragraph 17, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering paragraph 18, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering paragraph 19, defendants deny the allegations contained therein.

20. Answering paragraph 20, defendants deny the allegations contained therein.

21. Answering paragraph 21, defendants deny the allegations contained therein.

22. Answering paragraph 22, defendants deny the allegations contained therein.

23. Answering paragraph 23, defendants deny the allegations contained therein.

24. Answering paragraph 24, defendants deny the allegations contained therein.

25. Answering paragraph 25, defendants deny the allegations contained therein.

26. Answering paragraph 26, defendants deny the allegations contained therein.

27. Answering paragraph 27, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

28. Answering paragraph 28, defendants deny the allegations contained therein.

29. Answering paragraph 29, defendants deny the allegations contained therein.

30. Answering paragraph 30, defendants deny the allegations contained therein.

31. Answering paragraph 31, defendants deny the allegations contained therein.

32. Answering paragraph 32, defendants deny the allegations contained therein.

33. Answering paragraph 33, defendants deny the allegations contained therein.

34. Answering paragraph 34, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

35. Answering paragraph 35, defendants deny the allegations contained therein.

36. Answering paragraph 36, defendants deny the allegations contained therein.

37. Answering paragraph 37, defendants deny the allegations contained therein.

38. Answering paragraph 38, defendants deny the allegations contained therein.

39. Answering paragraph 39, defendants deny the allegations contained therein.

40. Answering paragraph 40, defendants deny the allegations contained therein.

41. Answering paragraph 41, defendants deny the allegations contained therein.

42. Answering paragraph 42, defendants deny the allegations contained therein.

43. Answering paragraph 43, defendants deny the allegations contained therein.

44. Answering paragraph 44, defendants deny the allegations contained therein.

45. Answering paragraph 45, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

46. Answering paragraph 46, defendants deny the allegations contained therein.

47. Answering paragraph 47, defendants deny the allegations contained therein.

48. Answering paragraph 48, defendants deny the allegations contained therein.

49. Answering paragraph 49, defendants deny the allegations contained therein.

50. Answering paragraph 50, defendants deny the allegations contained therein.

51. Answering paragraph 51, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

52. Answering paragraph 52, defendants deny the allegations contained therein.

53. Answering paragraph 53, defendants deny the allegations contained therein.

54. Answering paragraph 54, defendants deny the allegations contained therein.

55. Answering paragraph 55, defendants deny the allegations contained therein.

56. Answering paragraph 56, defendants deny the allegations contained therein.

57. Answering paragraph 57, defendants deny the allegations contained therein.

58. Answering paragraph 58, defendants deny the allegations contained therein.

59. Answering paragraph 59, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

60. Answering paragraph 60, defendants deny the allegations contained therein.

61. Answering paragraph 61, defendants deny the allegations contained therein.

62. Answering paragraph 62, defendants deny the allegations contained therein.

63. Answering paragraph 63, defendants deny the allegations contained therein.

64. Answering paragraph 64, defendants deny the allegations contained therein.

65. Answering paragraph 65, defendants deny the allegations contained therein.

66. Answering paragraph 66, defendants deny the allegations contained therein.

67. Answering paragraph 67, defendants deny the allegations contained therein.

68. Answering paragraph 68, defendants deny the allegations contained therein.

69. Answering paragraph 69, defendants deny the allegations contained therein.

70. Answering paragraph 70, defendants deny the allegations contained therein.

71. Answering paragraph 71, defendants deny the allegations contained therein.

72. Answering paragraph 72, defendants deny the allegations contained therein.

73. Answering paragraph 73, defendants deny the allegations contained therein.

74. Answering paragraph 74, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

75. Answering paragraph 75, defendants deny the allegations contained therein.

76. Answering paragraph 76, defendants deny the allegations contained therein.

77. Answering paragraph 77, defendants deny the allegations contained therein.

78. Answering paragraph 78, defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, defendants allege each of the following:

1. The damages alleged were directly and proximately caused and contributed to by the negligence of decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

2. The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

3. The force used against decedent, if any, was caused and necessitated by the actions of decedent, and was reasonable and necessary for self-defense.

4. The force used against decedent, if any, was caused and necessitated by the actions of decedent, and was reasonable and necessary for the defense of others.

5. The claims are barred by the statute of limitations set forth in California Code of Civil Procedure § 340(3) and Government Code §945.6.

6. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

7. The action should be abated in that all of the heirs of decedent have not been joined as parties.

8. The action is barred for lack of standing to sue.

9. The action is barred by the doctrine of res judicata.

8

10. As to the federal claims and theories of recovery, the answering individual defendants are protected from liability under the doctrine of qualified immunity, because these defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

11. Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

12. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 818.2; 818.8; 820.2; 820.4; 820.8; 820.9; 822.2 and 845.

Cal. Penal Code § 192

Health and Safety Code § 1799.106

WHEREFORE, defendants pray for judgment as follows:

1. That plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That defendants be awarded costs of suit;
4. That defendants be awarded other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, defendants pray for judgment as follows:

1. That plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That defendants be awarded costs of suit;

4. That defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

Dated: April 4, 2017

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____
**GEOFFREY PLOWDEN,** Deputy City Attorney

Attorney for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and EVAN URIAS