**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 17-485-JFW (PDx)**                          Date: August 14, 2024

Title:        The Estate of Kenney Watkins, et al. *-v-* City of Los Angeles, et al.

═══════════════════════════════════════════════════════════

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                              **None Present**
**Courtroom Deputy**                          **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                          None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

        Plaintiff is ordered to show cause, in writing, no later than **August 19, 2024**, why this action should not be dismissed for lack of prosecution.

        No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

        IT IS SO ORDERED.


Initials of Deputy Clerk   _sr_